UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

JOSE R. TORRES ESQ LLC
129 Prospect St.
Passaic, NJ 07055
(973) 815-0075
jrt@torreslegal.com

Attorney for Debtor

In Re:

Adrian Lewis, Debtor

Order Filed on December 7, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case Number: | 18 |
| Hearing Date: | 12/13/18 |
| Judge: | JKS |
| Chapter: | 13 |

Recommended Local Form:   ☑ Followed   ☐ Modified

## ORDER RE EXTENSION OF TIME
## TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 7, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒ Granted. The deadline to file schedules is extended to __12/17/18_____.

☐ Denied.

*rev.8/1/15*