UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Chapter 13 Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840

Order Filed on January 28, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

IN RE:

ADRIAN LEWIS

Case No.:  18-32226JKS

Hearing Date:  1/24/2019

Judge:  JOHN K. SHERWOOD

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: January 28, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Case No.:  18-32226JKS

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

    THIS MATTER having been scheduled before the Court on 01/24/2019 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that case will be dismissed at the 2/28/2019 confirmation hearing if debtor is not current with plan payments and if the 341a meeting of creditors has not been conducted before this date.